UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-42-D-5

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER GRANTING |
| v. | MOTION TO SEAL |
| BRISKEL NIKOMA LOCKLEAR | |

On motion of Defendant, Briskel Nikoma Locklear, and for good cause, it is hereby ORDERED that DE 231 be sealed until further notice of this Court.

SO ORDERED. This 13 day of February 2017.

JAMES C. DEVER III
Chief United States District Judge